Harris, Appellant, *v.* North Star Coal Company.

Argued April 13, 1973. *Kim Darragh,* with him *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellant; *Roger Curran,* with him *Judith A. Brown,* and *Rose, Schmidt and Dixon,* for appellee.

Order affirmed.

Heidel *v.* McDermitt, Appellant.

Argued April 9, 1973. *G. N. Evashavik,* with him *Parker, Evashwick, Brieger & Capone,* for appellant; *Murray S. Love,* with him *Sikov and Love,* for appellee.

Order affirmed.

Hespenheide *v.* Finan et al., Appellants.

Argued April 12, 1973. *James P. McKenna, Jr.,* with him *Frank C. Rayburn,* and *Dickie, McCamey & Chilcot,* for appellants; *Burton C. Duerring,* for appellee.

Order affirmed.

Hespenheide *v.* Finan (et al., Appellant).